John E. Donaldson and E. E. Babb, late copartners as Donaldson & Babb, Plaintiffs in Error, v. E. P. Rose and J. R. Saunders, Defendants in Error. (No. 2).

### Division A.

Writ of error to Circuit Court, Escambia county, Evelyn C. Maxwell, Judge.

Blount & Blount for plaintiffs in error.

John C. Avery for defendants in error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*